DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COURTNEY RAYMOND CHAMBLISS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1639

[September 30, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312006CF001064AXXXXX.

Courtney Raymond Chambliss, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***